UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-03578-CV-SK                                  Date: January 28, 2026

Title   Lina Maria Vallejo Garcia v. Warden of GEO Group, Inc., et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **AMENDED ORDER SETTING BRIEFING SCHEDULE ON PETITION AND GRANTING PETITIONER'S REQUEST FOR ORDER ENJOINING REMOVAL FROM COURT'S JURISDICTION [16]**

In accordance with the district court's order denying the preliminary injunction and discharging the order to show cause (ECF 14), Respondents' answer to the petition is due within 30 days of January 22, 2026.  Petitioner's reply to that answer shall be filed within 21 days of service of Respondent's answer.  The parties may stipulate to reasonable extensions of these deadlines for good cause.  Unless otherwise ordered, the petition shall be deemed submitted for decision without oral argument upon the filing deadline for Petitioner's reply.

Meanwhile, Petitioner's request for an order enjoining removal from the Court's jurisdiction (ECF 16) is GRANTED.  To preserve jurisdiction, **Respondents are enjoined from transferring, relocating, or removing Petitioner outside the Central District of California pending final resolution of this case or further order of the Court.**

IT IS SO ORDERED.