JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINA MARIA VALLEJO GARCIA,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN OF GEO GROUP, INC., et al.,<br><br>                    Respondents. | Case No. 5:25-cv-03578-CV-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

DATED:    4/27/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
United States District Judge